LUCILLE LIMBERG, as Administratrix of the Estate of CHARLES A. LIMBERG, Deceased, Respondent, *v.* WILLIAM C. LIMBERG, Appellant.

Argued October 4, 1939; decided November 21, 1939.

*Frederick W. Ritter* and *Henry Koch* for appellant.

*Matthew J. Shevlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.